UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80903-CIV-COHN/SELTZER

DORIAN KALLEN,

     Plaintiff,

vs.

UNIQUE RESTAURANT OF MIZNER PARK, INC.,
a Florida corporation, d/b/a Max's Grill, and
CROCKER DOWNTOWN DEVELOPMENT
ASSOCIATES, a Florida partnership,

     Defendants.

_____/

**ORDER GRANTING MOTION TO STRIKE**
**ORDER DENYING MOTION FOR PAYMENT OF FEES WITHOUT PREJUDICE**

**THIS CAUSE** is before the Court on non-party Moshe Weitz's Motion for

Payment of Expert Fees [DE 27] and Plaintiff's Motion to Strike Motion for Expert Fees

[DE 28].  The Court has carefully considered the motions and is fully advised in the

premises, including the lack of a response to the Motion to Strike by the deadline of

April 7, 2011.

Plaintiff's expert witness, Moshe Weitz, PE, filed a motion for payment of his

expert fees for his professional work in this case.  Plaintiff filed this action alleging

violations of the Americans with Disabilities Act ("ADA") by Defendants, a restaurant

and a shopping plaza owner.  The action has been resolved against Crocker Downtown

Development but remains pending against Unique Restaurant.

Plaintiff contends that Mr. Weitz's motion is not properly before this Court

because he is a non-party and any contractual dispute between him and Plaintiff is not

within this litigation.  This Court agrees that it lacks jurisdiction at this time to resolve the

expert's motion.  A dispute over fees between a litigant and their own expert is typically

a breach of contract dispute.  Based upon the record before this Court, the requested

relief is outside this Court's jurisdiction.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to Strike Motion for Expert Fees [DE 28] is hereby **GRANTED**;

2. Non-party Moshe Weitz's Motion for Payment of Expert Fees [DE 27] is hereby

   **DENIED, without prejudice**, for lack of jurisdiction.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, this 12th day of April, 2011.

JAMES I. COHN
United States District Judge

copies to:

all counsel of record